**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>HANESBRANDS INC.,<br><br>     Defendant. | Civil Action No. 11-cv-1242-RGA |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Round Rock Research, LLC and Defendant Hanesbrands Inc., hereby stipulate pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, to the dismissal of all claims and counterclaims brought in the above-captioned action without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: November 20, 2014                    Respectfully submitted,

FARNAN LLP                                          WOMBLE CARLYLE SANDRIDGE & RICE, LLP

/s/ Brian E. Farnan                                 /s/ Daniel Marcus Attaway
Brian E. Farnan (#4089)                         Kristen Healey Cramer (#4512)
919 North Market Street, 12th Floor       Daniel Marcus Attaway (#5130)
Wilmington, DE 19801                            222 Delaware Avenue, Suite 1501
Telephone: (302) 777-0300                    Wilmington, DE 19801
bfarnan@farnanlaw.com                         Telephone: (302) 252-4348
                                                              kcramer@wcsr.com
*Attorneys for Plaintiff Round Rock*        dattaway@wcsr.com
*Research, LLC*

                                                              *Attorney for Hanesbrands Inc.*