IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HANESBRANDS INC.,<br><br>    Defendant. | Civil Action No. 11-cv-1242-RGA |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Round Rock Research, LLC and Defendant Hanesbrands Inc., hereby stipulate pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, to the dismissal of all claims and counterclaims brought in the above-captioned action without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: November 20, 2014

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff Round Rock Research, LLC*

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

/s/ Daniel Marcus Attaway
Kristen Healey Cramer (#4512)
Daniel Marcus Attaway (#5130)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4348
kcramer@wcsr.com
dattaway@wcsr.com

*Attorney for Hanesbrands Inc.*

SO ORDERED this 20th day of Nov, 2014

_____
United States District Judge